In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00400-CV


____________________



MARGA LYNN KITCHELL, Appellant



V.



MICHAEL JAMES KITCHELL, Appellee






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-201,679






 MEMORANDUM OPINION


 The appellant, Marga Lynn Kitchell, filed a motion to dismiss this appeal. The motion
is voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the
appeal. 

 APPEAL DISMISSED.

 ______________________________

 HOLLIS HORTON

 Justice

 

Opinion Delivered October 29, 2009 

Before McKeithen, C.J., Gaultney and Horton, JJ.